IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIFFANY MCCAUSLAND,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO FOOD SERVICES OF ATLANTA, LLC,<br><br>Defendant. | Civil Action File No.<br>5:04-CV-432(CAR) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby agree to entry of dismissal with prejudice as to all claims and matters brought against Defendant, all parties to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey Yazinski | /s/ Joseph P. Shelton |
| Counsel for Plaintiff | Counsel for Defendant |
| Jeffrey Yazinski, Esq. | Joseph P. Shelton, Esq. |
| WESTMORELAND, PATTERSON, MOSELEY & HINSON, L.L.P. | FISHER & PHILLIPS LLP |
| 201 Second Street, Suite 1150 | 1500 Resurgens Plaza |
| Macon, Georgia 31202-1797 | 945 East Paces Ferry Road |
| (478) 745-1651 | Atlanta, Georgia 30326-1125 |
| jeff@wpmlegal.com | 404-231-1400 |
| | jshelton@laborlawyers.com |